IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WILBUR HOLLIMAN                                                      PLAINTIFF

v.                                      Case No. 6:13-CV-06101

DEPUTY SHORT; DEPUTY WILLIAMS;
SGT. MILLER; SHERIFF LARRY SANDERS                                   DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and

ADJUDGED that this matter is DISMISSED WITH PREJUDICE .

IT IS SO ADJUDGED this 31st day of March, 2016.


/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE